UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>VICTOR KITT,<br><br>        Defendant. | 1:17-cv-00947-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION, WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN FORTY-FIVE (45) DAYS |

Plaintiff Armando Ramirez is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on July 17, 2017. (ECF No. 1.) That same day, Plaintiff filed a motion requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

However, Plaintiff's form is incomplete. Plaintiff indicated that he has received money from "family/friends" in the past twelve months, but has not described the amounts received or indicate whether he expects to continue to receive additional funds, and how much. Plaintiff must submit a completed form if he wishes for the application to be considered.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff;

3. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **July 19, 2017**                              /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE