UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>        Plaintiff,<br><br>v.<br><br>VICTOR KITT,<br><br>        Defendant | Case No.: 1:17-cv-00947 (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION AND REQUEST TO WITHDRAW OR DISMISS COMPLAINT<br>(ECF No. 9)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

    Plaintiff Armando Ramirez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 28, 2018, Plaintiff filed a motion to requesting to withdraw his complaint, or that the Court dismiss the complaint based upon his request. (ECF No. 9.) The Court construes this filing as a notice of voluntary dismissal.

    "[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain,

1

and the district court lacks jurisdiction to do anything about it." *Id*. at 1078. In this case, no defendant has been served, and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **March 1, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE