UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>                Plaintiff,<br><br>    v.<br><br>VICTOR KITT,<br><br>                Defendant. | No. 1:17-cv-00947-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION TO DISMISS, AND GRANTING DEFENDANT'S ALTERNATIVE MOTION TO QUASH SERVICE<br><br>(Doc. Nos. 23, 27)<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Armando Ramirez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 13, 2020, the assigned magistrate judge issued findings and recommendations recommending that defendant Victor Kitt's motion to dismiss be denied and that defendant's alternative motion to quash service be granted. (Doc. No. 27.) The findings and recommendations were served on the parties and contained notice that that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6-7.) No objections have been filed, and the time in which to do so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the

1

findings and recommendations are supported by the record and by proper analysis.  The findings and recommendations correctly reason that defendant has yet to be properly served in this case and also correctly conclude that quashing service, rather than dismissal, is the appropriate remedy.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on January 13, 2020, (Doc. No. 27), are ADOPTED IN FULL;

2. Defendant Victor Kitt's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5), (Doc. No. 23), is DENIED;

3. Defendant Victor Kitt's alternative motion to quash service, (Doc. No. 23), is GRANTED;

4. Plaintiff's service of process on Defendant Victor Kitt is QUASHED;

5. The Clerk of the Court is ordered to send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the first amended complaint filed on January 31, 2019;

6. Within **thirty (30) days** of the date of service of this order, Plaintiff shall complete the Notice of Submission of Documents and submit the completed Notice to the Court, along with the following documents: a newly-completed USM-285 form for Defendant Kitt, a newly-completed summons for Defendant Kitt, and two (2) copies of the endorsed amended complaint; and

7. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 20, 2020**

UNITED STATES DISTRICT JUDGE