# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>KITT, *et al.*,<br><br>   Defendants. | Case No.  1:17-cv-00947-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING THE COURT TO ISSUE A DISCOVERY AND SCHEDULING ORDER (ECF No. 41)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE MAY 5, 2020 DISCOVERY AND SCHEDULING ORDER ON PLAINTIFF |

Plaintiff Armando Ramirez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  All parties have consented to U.S. Magistrate Judge jurisdiction.  (ECF Nos. 5, 39.)

Currently before the Court is Plaintiff's motion requesting the Court to issue a discovery and scheduling order, filed July 20, 2020.  (ECF No. 41.)  Plaintiff states that he received the Court's May 5, 2020 order lifting the stay of these proceedings and directing the parties to proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.  However, Plaintiff states that he did not receive the discovery and scheduling order, and therefore believes the Court did not issue one.  (Id.)

Plaintiff is informed that the Court's Discovery and Scheduling Order for this action was also issued on May 5, 2020 and served on Plaintiff at his address of record.  (ECF No. 37.)  However, as it appears Plaintiff never received the order, the Court will have the Clerk re-serve a

1

copy on Plaintiff.  The deadlines set forth therein will not be changed at this time.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion requesting the Court to issue a discovery and scheduling order, (ECF No. 41), is DENIED as moot; and
2. The Clerk of the Court is directed to re-serve a copy of the May 5, 2020 Discovery and Scheduling Order, (ECF No. 37), on Plaintiff at his address of record.

IT IS SO ORDERED.

Dated:   **July 21, 2020**                    /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE

2